622

Submitted March 30, 1977. John Myers, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Legrome D. Davis, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded for the entry of post-trial motions *nunc pro tunc.*

JACOBS and PRICE, JJ., dissent.

VAN der VOORT, J., dissents and would remand to the lower court for a determination of whether appellant knowingly and intelligently waived his right to file post-trial motions. *Commonwealth v. Tate,* 464 Pa. 25, 346 A.2d 1 (1975); *Commonwealth v. Schroth,* 458 Pa. 233, 328 A.2d 168 (1974).

382 A.2d 749

Commonwealth v. Griffin, Appellant.

Submitted June 21, 1977. Charles B. Swigart, for appellant; Daniel Lee Howsare, Assistant District Attorney, and Gordon E. Stroup, District Attorney, for Commonwealth, appellee.

Order affirmed.

382 A.2d 749

Commonwealth v. Griffin, Appellant.

Submitted June 14, 1976.   David L. Pollack, and Rosenwald and Pollack, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

382 A.2d 749

Commonwealth v. Hanlon, Appellant.

Argued November 12, 1976.   D. Michael Fisher, with him Fisher & McGinley, for appellant; D. McGlynn, with him D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed;  petition for reargument denied February 22, 1978.

WATKINS, P. J., did not participate in the consideration or decision of this case.

382 A.2d 750

Commonwealth v. Harrison, Appellant.